UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERRELL HARLEY, individually,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ORBIS RPM, LLC, a Washington Corporation, formerly doing business as CORBI PLASTICS, LLC, a Washington Corporation; DOES 1-100<br><br>　　　　　　　　　　　　Defendants. | No. 2:14-cv-01501<br><br>NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT ORBIS RPM, LLC |

TO:　　　　JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE,

AND TO:　　Steven D. Weier and Theresa Buchner of The Law Office of Steven D. Weier, Inc., PS, PLAINTIFF'S COUNSEL;

　　　PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Orbis RPM, LLC hereby removes this action from the Superior Court of the State of Washington in and for the County of King to the United States District Court for the Western District of Washington at Seattle.

NOTICE OF REMOVAL TO FEDERAL COURT
BY DEFENDANT ORBIS RPM, LLC – 1
so/AED/3521.070/1642132



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**Statement of Grounds for Removal**

1. The Plaintiff alleges injuries and damages arising from a purported product defect. Although not specifically pled in the lawsuit, as explained below, information from recent discovery shows that the Plaintiff is seeking damages that exceed $75,000.

2. On August 4, 2014, Plaintiff filed a Lawsuit against Orbis with King County Superior Court, entitled *Verrell Harley,* King County Cause Number 14-2-21596-7 KNT. The Complaint did not identify any amount of alleged damages. A copy of the Complaint is Exhibit A to Donohue Decl.

3. The undersigned counsel filed a notice of appearance on behalf of Orbis on August 22, 2014. On September 5, 2014, Defendant served on Plaintiff a request for statement of damages.

4. On September 16, 2014, Plaintiff, through his counsel, transmitted a settlement demand package. The total demand was $113,000.00. Donohue Decl.

5. On September 22, 2014, Plaintiff, through his counsel, served Orbis with his response to Defendant's Request for Statement of Damages and identified $120,755.36 in general and special damages. Exhibit B to Donohue Decl.

6. On September 29, 2014, Orbis filed with the United States District Court Western District of Washington at Seattle a *Notice of Removal of Action* under 28 U.S.C. §1441(a), (b) and (c). Pursuant to 28 U.S.C § 1446(d), *Notice of the Removal* was provided to the Superior Court for King County, and Plaintiff's attorneys also on September 29, 2014.

7. This notice of removal is brought pursuant to 28 U.S.C. §§1441(a), 1446 and Western District CR 101(a) and (b). This Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) and (c) on the basis that there is complete diversity of citizenship between

NOTICE OF REMOVAL TO FEDERAL COURT
BY DEFENDANT ORBIS RPM, LLC – 2
so/AED/3521.070/1642132

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

the parties and the amount in controversy is in excess of $75,000, exclusive of interest and costs.

8.   Orbis RPM, LLC, formerly doing business as Corbi Plastics, LLC, is a Wisconsin Corporation with its principal place of business in Wisconsin.

9.   Based upon information and belief, the Plaintiff is a resident of the State of Washington.  There is, therefore, complete diversity of citizenship between the parties pursuant to 28 U.S.C. §1332 (a) and (c).

10.   This Notice of Removal is timely because it has been filed within thirty (30) days after Orbis first learned that the amount of controversy is greater than $75,000.  Orbis has filed this removal within one year of Plaintiff filing this lawsuit.  28 U.S.C. § 1446(b).

11.   This Notice of Removal is brought pursuant to 28 U.S.C. §§1441(d), 1446 and Western District CR 101(a) and (b).

12.   As explained above the Plaintiff did not plead a specific amount of damages.  Nor was there any evidence showing that the amount in controversy exceeded $75,000 until Plaintiff provided Orbis with his Settlement Demand and served his responses to Orbis' Requests for Statement of Damages.  The Statement of Damages alleges $7,488 in wage loss, $13,267.36 in medical expenses, and $100,000 in general damages.  Based on his Answers to those Requests, it is now clear that Plaintiff is seeking relief that t is in excess of $75,000.

13.   The underlying state court action is one for which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 because the matter in controversy exceeds the sum or value of $75,000 and is between citizens of a State and citizens or subjects of a foreign state.

NOTICE OF REMOVAL TO FEDERAL COURT
BY DEFENDANT ORBIS RPM, LLC – 3
so/AED/3521.070/1642132

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

14. Pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), § 1446(a), (b) and (d), and Western District CR 101(a) and (b) of the Local Rules for the Western District of Washington, this case is properly removable.

15. This notice of removal is brought pursuant to 28 U.S.C. §§1441(a), 1446 and Western District CR 101(a) and (b). This Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) and (c) on the basis that there is complete diversity of citizenship between the parties and the amount in controversy is in excess of $75,000, exclusive of interest and costs.

16. Pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), § 1446(a), (b) and (d), and Western District CR 101(a) and (b) of the Local Rules for the Western District of Washington, this case is properly removable.

17. Orbis has given written notice of the filing of this *Notice of Removal* to all attorneys of record and to the Clerk of the Superior Court of King County, Washington. 28 U.S.C. § 1446(d).

18. Additionally, removal to the United States District Court for the Western District Washington is proper because the state court where the State Court Action originally was filed is located in the Western District of Washington. *See* 28 U.S.C. § 1441(a).

19. Orbis reserves the right to amend or supplement this *Notice of Removal.*

20. Should Plaintiff file a motion to remand this case, Orbis respectfully requests the opportunity to respond more fully in writing, including the submission of affidavits or other evidence and authorities.

21. By filing this *Notice of Removal*, Orbis does not waive, and expressly reserves, all defenses available under Rule 12 of the Federal Rules of Civil Procedure.

NOTICE OF REMOVAL TO FEDERAL COURT
BY DEFENDANT ORBIS RPM, LLC – 4
so/AED/3521.070/1642132

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**Notice to State Court and Proper Filing of Records**

22.     A notice of the filing of this *Notice of Removal* and a true copy of this *Notice of Removal* will be filed with the Clerk of the Superior Court of the State of Washington in and for the County of King as required by 28 U.S.C. § 1446(d).

23.     Copies of all records and proceedings in the state court together with the Declaration of Alfred E. Donohue verifying that they are true and complete copies of all the records and proceedings in the State Court Action is filed concurrently with this *Notice*. Copies of all records and proceedings in the state court are attached as Exhibit C to the Declaration of Alfred E. Donohue.

24.     WHEREFORE, Orbis requests that this case currently pending in the Superior Court be placed on the docket of the United States District Court for the Western District of Washington.

DATED this 29th day of September, 2014.

> By: *s/Alfred E. Donohue*
> Alfred E. Donohue, WSBA No. 32774
> WILSON SMITH COCHRAN DICKERSON
> 901 Fifth Avenue, Suite 1700
> Seattle, WA 98164
> (206) 623-4100 phone
> (206) 623-9273 fax
> donohue@wscd.com
> Attorney for Defendant Orbis RPM, LLC

NOTICE OF REMOVAL TO FEDERAL COURT
BY DEFENDANT ORBIS RPM, LLC – 5
so/AED/3521.070/1642132

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below:

**Attorney for Plaintiff**
Steven D. Weier
THE LAW OFFICES OF STEVEN D. WEIER, INC PS
331 Andover Park E., Suite 100
Tukwila, WA 98188
Email: sweier@weierlaw.com;

**SIGNED** this 29th day of September, 2014.

*s/ Yana Strelyuk*

Yana Strelyuk, legal secretary to
Alfred E. Donohue, WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
(206) 623-4100 phone
(206) 623-9273 fax
donohue@wscd.com
Attorney for Defendant Orbis RPM, LLC

NOTICE OF REMOVAL TO FEDERAL COURT
BY DEFENDANT ORBIS RPM, LLC – 6
so/AED/3521.070/1642132

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273